

FILED BG
3/4/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

FEB 2 8 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **ANTHONY IVY,**<br>**Plaintiff** | ) ) ) ) | **1:19-cv-01460**<br>**Judge Jorge L. Alonso** |
| **vs.** | ) )<br>) | **Magistrate Judge M. David Weisman** |
| **TRANSUNIONS, LLC,**<br>**Defendant** | ) ) ) ) | **Amount Claimed: $1000.00**<br>**Return Date:** |

## COMPLAINT

**COMES NOW** the Plaintiff, Anthony Ivy for his complaint against the defendant, Transunion LLC., the Plaintiff states as follows:

### I. PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Credit Reporting Act, (hereinafter "FCRA"), 15 U.S.C. §1681, et seq.

### II. JURISDICTION & VENUE

2. Jurisdiction arises under the FCRA, 15 U.S.C. §1681 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

### III. PARTIES

4. ANTHONY IVY, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Chicago, County of Cook, State of Illinois.

5. The disputed credit item is being reported by Plaintiff, Transunions, LLC

6. The item being disputed by the Plaintiff was mailed to Transunions, LLC for a reported bankruptcy on the plaintiff's credit report.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1681a(c).

8. TRANSUNIONS, LLC, INC., (hereinafter, "Defendant") is a business entity engaged in "consumer" credit reporting.

9. The principal purpose of Defendant's business is the collecting and reporting of consumer credit information, then rating the consumer on their credit worthiness with a scoring system.

10. At all relevant times, Defendant was a "person" as that term is defined by 15 U.S.C §1681a(b).

11. During its efforts to report credit items allegedly owed to consumers, Defendant conducts investigations to verify reported credit items when a request is made by the consumer to provide written verification of a specified item.

12. The investigation requested by the Plaintiff is for an alleged bankruptcy that took place in March of the year 2013.

## IV. Allegations

13. According to FCRA§1681i(a)(1)A the Defndant is required to complete an investigation free of charge for a disputed item by a consumer.

14. The Plaintiff requested that a verification of the listed bankruptcy on the credit report to be investigated for accuracy.

15. Pursuant to FCRA§1681i(a)(5)(A)(i) if the consumer reporting agency conducts an investigation, and the results are incomplete or cannot be verified, the listed item must be promptly removed from the consumer's credit report.

16. The Defendant, Transunion has not conducted a complete investigation by definition of the law.

17. The Defendant has not removed the unverified bankruptcy from the plaintiff's credit report.

18. The Plaintiff wrote a request for validation of the procedures used by Transunion LLC to verify the debt according to his lawful rights. See FCRA§1681i(a)(6)(B)(iii).

19. The Defendant has failed to provide the procedure used to verify the information, phone numbers, or proof that anyone was contacted to verify the listed bankruptcy on the Plaintiff's credit report.

20. The defendant has violated the Plaintiff's rights to be presented with the procedures used to verify an item listed on his credit report within 5 business days,. FCRA§1681i(a)(6)(B)

21. Defendant TRANSUNIONS, LLC, INC violation of FCRA§1681i(a)(6)(B)(iii) render it liable for actual and statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C § 1681n

## V. Jury Demand

22. Plaintiff hereby demands a trial by jury on all issues so triable.

23. The Plaintiff, ANTHONY IVY, hereby respectfully requests that the trial of this matter proceed in Chicago

**VI. Prayer for Relief**

WHEREFORE, Plaintiff, ANTHONY IVY, respectfully prays for Judgment to be entered in favor of Plaintiff and against Defendant as follows:

a. All actual compensatory damages suffered;

b. Statutory damages of $1,000.00;

c. Plaintiff's attorneys' fees and costs;

d. Any other relief deemed appropriate by this Honorable Court

Respectfully Submitted,
Anthony Ivy
Plaintiff pro se

Address:
3512 W. Congress pkwy
Chicago, IL 60624
Telephone: (312) 513-0027
Email: AnthonyPIvy@gmail.com